IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


UNITED STATES OF AMERICA,

                              :

          Plaintiff,

                              :

      vs.                       Case No.  3:97cr074(1)
                              :              3:06cv013

MARGARITO FLORES,          JUDGE WALTER HERBERT RICE

                              :

          Defendant.

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE (DOC. #234) IN THEIR
ENTIRETY, AND OVERRULING DEFENDANT-PETITIONER'S OBJECTIONS
THEREO (DOC. #269); DEFENDANT-PETITIONER'S MOTION TO
VACATE, SET ASIDE OR CORRECT SENTENCE, PURSUANT TO 28
U.S.C. § 2255 (DOC. #233) DISMISSED, AS BARRED BY THE
APPLICABLE STATUTE OF LIMITATIONS; CERTIFICATE OF
APPEALABILITY AND ANTICIPATED REQUEST FOR LEAVE TO APPEAL
*IN FORMA PAUPERIS* DENIED; TERMINATION ENTRY

---

Pursuant to the reasoning and citations of authority set forth by the United

States Magistrate Judge, in her Report and Recommendations filed January 20,

2006 (Doc. #234), as well as upon a thorough *de novo* review of this Court's file

and the applicable law, this Court adopts said Report and Recommendations in

their entirety, and overrules the Defendant-Petitioner's Objections thereto

(Doc. #269).  Judgment will be ordered entered in favor of the Plaintiff-Respondent

and against Defendant-Petitioner, dismissing Defendant-Petitioner's Motion to

Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255

(Doc. #233), in its entirety, as barred by the applicable statute of limitations.  In so

ruling, this Court rejects the argument of the Defendant-Petitioner that the statute

of limitations was extended as a result of the decision of the United States

Supreme Court in *United States v. Booker*, 543 U.S. 220 (2005), given that the

Sixth Circuit has held that *Booker* is not applicable on collateral review.

*Humphress v. United States*, 398 F.3d 855 (6th Cir. 2005), *cert*. *denied*, 546 U.S.

855 (2005).

Given that the Court's decision herein would not be debatable among jurists

of reason, this Court denies a Certificate of Appealability and, given that any

appeal from this decision would be <u>objectively</u> frivolous, this Court denies any

anticipated request for leave to appeal *in forma pauperis*.


/s/ Walter Herbert Rice
_____

February 1, 2008                         WALTER HERBERT RICE
                                         UNITED STATES DISTRICT JUDGE


Copies to:

Margarito Flores, Pro Se

Vipal Patel, Esq.

Magistrate Judge Sharon L. Ovington